# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**STEVEN BRADLEY,**
**Petitioner,**

      vs.                                                                            Case Number: **09-2288**

**RANDY GROUNDS, Warden,**
**Respondent.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition under 28 U.S.C. §2254 a writ of habeas corpus by a person in state custody is dismissed with prejudice. Case terminated.

                                      ENTER this 11th day of June 2010.

                                      s/Pamela E. Robinson, Clerk
                                      PAMELA E. ROBINSON, CLERK

                                              s/K. Wynn
                                        BY: DEPUTY CLERK